IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HANNELORE HEIDEN,

      Appellant,

v.                                                                                                    Case No.  5D14-1738

WELLS FARGO BANK,
N.A., ETC.,

      Appellee.

_____/

Opinion filed July 15, 2014

Appeal from the Circuit Court
for Volusia County,
Terence R. Perkins, Judge.

Hannelorne Heiden, Holly Hill, pro se.

Thomas Wade Young of Thomas Wade
Young, P.L., Orlando, and Joseph B.
Towne of Lender Legal Services, LLC,
Orlando, for Appellee.


PER CURIAM.


      AFFIRMED.  See Fla. R. App. P. 9.315(a).


PALMER, WALLIS, and LAMBERT, J.J., concur.